[No. 22864–1–I.   Division One.   April 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH
HARRISON BALL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–1–01004–4, Jim Bates, J., entered September 12, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Scholfield and Forrest, JJ.

[No. 22512–0–I.   Division One.   April 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN E.
FRANKENFIELD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–1–04992–9, Frank L. Sullivan, J., entered
June 17, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Scholfield and Forrest, JJ.

[No. 23576–1–I.   Division One.   April 2, 1990.]

VIRGINIA LEE BAROVIC, *Respondent,* THE DEPARTMENT
OF LICENSING, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–2–15837–3, Frank J. Eberharter, J., entered
December 16, 1988. *Reversed* by unpublished opinion per
Coleman, C.J., concurred in by Webster and Baker, JJ.

[No. 23929–5–I.   Division One.   April 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DERIK
PEARSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–8–05378–4, Anthony P. Wartnik, J.,
entered March 21, 1989. Motion to remand for dismissal
*granted* by unpublished per curiam opinion.